IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, MICHEAL W.
BUCKNER, A. FRANK DUNHAM and
ELLIOT A. SEGAL as Trustees of the
UNITED MINE WORKERS OF AMERICA
1992 BENEFIT PLAN,

              Plaintiffs,                      Civil Action No. 1:07-cv-02018-RJL

        v.

SAN-WEST COAL, INC.

              Defendant.

## AFFIDAVIT OF SERVICE
## ON DEFENDANT SAN-WEST COAL CO., INC.

    I hereby affirm that a copy of Plaintiffs' complaint and summons was served on

Defendant on November 13, 2007, via certified mail-return receipt requested at the following

address:

    Edward A. Asbury
    Registered Agent
    San-West Coal Co., Inc.
    P.O. Box 1030
    Bluefield, VA 24605

    I declare that the forgoing is true and correct.

Date:  November 26, 2007

                  /s/Lynn L. Kiernan
                   Lynn L. Kiernan
                   Attorney Assistant III
                   UMWA Health & Retirement Funds
                   Office of the General Counsel
                   2121 K Street, NW Suite 350
                   Washington, DC 20037
                   Telephone:  (202) 521-2243

97024896.doc

# EXHIBIT A

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Michael H. Holland, et. al.,
as Trustees of the United Mine
Workers of America
1992 Benefit Plan

**SUMMONS IN A CIVIL CASE**

V.

SAN-WEST COAL CO., INC.
a corporation
P.O. Box 1030
Bluefield, VA 24605

CASE NU

Case: 1:07-cv-02018
Assigned To : Leon, Richard J.
Assign. Date : 11/7/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

SAN-WEST COAL CO., INC.       Serve:  Edward A. Asbury
a corporation                         Registered Agent
P.O. Box 1030                         (same address)
Bluefield, VA 24605

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Larry D. Newsome, Associate General Counsel
Kathleen B. Burns, Senior Associate Counsel
UMWA Health & Retirement Funds
2121 K Street, N.W. Suite 350
Washington, D.C. 20037

an answer to the complaint which is served on you with this summons, within _____ **20** _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    NOV - 7 2007
_____          _____
CLERK                                      DATE

_____
(By) DEPUTY CLERK

(Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | *November 13, 2007* |
| NAME OF SERVER *(PRINT)* *Lynn L. Kiernan* | TITLE *Attorney Assistant III* |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served: _____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

_____

✓   Other (specify): _Sent certified mail - return receipt requested._

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   *November 26, 2007*   *Lynn L. Kiernan*

                  Date              Signature of Server

                               *UMWA Health & Retirement Funds*

                               *Office of the General Counsel*

                               *2121 K St. NW Suite 350*

                 Address of Server   *Washington, D.C. 20037*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

PM WIN 49 11

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Edward A. Asbury, Registered Agent
SAN-West Coal Co., Inc.
P.O. Box 1030
Bluefield, VA 24605

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _(signature)_    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
DICK JOHNSON

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7005 1820 0003 6744 9105

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

UMWA Health & Retirement Funds
Office of the General Counsel
2121 K St. N.W. Suite 800
Washington, D.C. 20037

06C/LK

RECEIVED

NOV 15 2007

OFFICE OF THE
GENERAL COUNSEL



**UNITED STATES POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 1820 0003 6744 9105
**Status: Delivered**

Your item was delivered at 10:05 AM on November 13, 2007 in
BLUEFIELD, VA 24605.

**Track & Confirm**

Enter Label/Receipt Number.

( **Additional Details >** ) ( **Return to USPS.com Home >** )

(

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( **Go >** )



Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA