IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, A. FRANK DUNHAM and ELLIOT A. SEGAL as Trustees of the UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN,<br><br>    Plaintiffs,<br>  v.<br><br>SAN-WEST COAL CO., INC.<br><br>    Defendant. | Civil Action No. 1:07-CV-02018 (RJL) |

**PLAINTIFFS' NOTICE OF DISMISSAL**

Plaintiffs, the Trustees of the United Mine Workers of America ("UMWA") 1992 Benefit Plan, by their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), request the clerk of court to mark the above captioned matter dismissed without prejudice.

        Respectfully submitted,

        David W. Allen
        General Counsel
        DC Bar No. 81638

        Larry D. Newsome
        Associate General Counsel
        DC Bar No. 254763

         /s/
        Kathleen B. Burns
        Senior Associate Counsel
        DC Bar No. 492460
        UMWA Health and Retirement Funds
        Office of the General Counsel
        2121 K Street, N.W.
        Washington, D.C. 20037
        Telephone: (202) 521-2233
        Attorneys for Plaintiffs

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 28, 2007, I served the foregoing Plaintiffs' Notice of Dismissal via United States Mail, First Class, Postage Prepaid, to the following individuals:

    Mary Lou Smith, Esq.
    Howe, Anderson & Steyer, P.C.
    815 Connecticut Ave., N.W.
    Suite 620
    Washington, DC  20006

                                              /s/
                                          Kathleen B. Burns
                                          Senior Associate Counsel